UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSH THOMAS,

    Plaintiff,

    v.

MERCHANTS CREDIT ASSOCIATION,

    Defendant.

NO. C19-1173RSL

ORDER RENOTING MOTION FOR RULE 11 SANCTIONS

This matter comes before the Court on plaintiff's "Motion for Relief [from] Deadline re: Defendant's Motion for Sanctions." Dkt. # 14. Although the motion for sanctions was properly noted for the third Friday after filing, the substance of the motion requires the Court to review evidence related to the causes of action alleged and to evaluate the merits of plaintiff's class claims. These same issues will be before the Court when considering defendant's pending motion for summary judgment, and the Court plans to consider both motions together.

For the foregoing reasons, plaintiff's request to extend the deadline to respond to the motion for sanctions is GRANTED. The Clerk of Court is directed to renote "Defendant

//

ORDER RENOTING MOTION
FOR RULE 11 SANCTIONS - 1

Merchants Credit Association's Motions for Sanctions Pursuant to Rule 11" (Dkt. # 10) on the Court's calendar for Friday, November 15, 2019.

Dated this 25th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER RENOTING MOTION
FOR RULE 11 SANCTIONS - 2