Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSH THOMAS, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERCHANTS CREDIT ASSOCIATION, a Washington corporation,<br><br>    Defendant. | No. 2:19-cv-01173-RSL<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE |

The Court, having reviewed the Parties' Joint Motion to Dismiss With Prejudice, now enters the following Order: It is hereby Ordered that all claims alleged in Plaintiff's Complaint are dismissed with prejudice, with each party bearing their own costs, and that the above-captioned lawsuit is dismissed with prejudice in its entirety.

There being no reason for delay, the clerk shall enter this order and close the above-captioned matter.

IT IS SO ORDERED

Dated this 28th day of April, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
U.S. District Court Judge

ORDER ON STIPULATED MOTION TO DISMISS
WITH PREJUDICE - 1
2:19-cv-01173-RSL

LEE · SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944